PREET BHARARA
United States Attorney for the
Southern District of New York
By: LAWRENCE H. FOGELMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.:  (212) 637-2719
Fax:   (212) 637-2686
Email: Lawrence.Fogelman@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>              v.<br><br>INSPIRE PHARMACEUTICALS, INC.,<br><br>                           Defendant. | ECF Case<br><br>10 Civ. 7450 (LAP) |

**ORDER**

WHEREAS, by notice dated June 12, 2015, the United States of America has intervened in the above-captioned *qui tam* action as against Defendant Inspire Pharmaceutical, Inc., pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4).

IT IS HEREBY ORDERED that:

1.      The seal shall be lifted as to this Order and any matter occurring in this action hereafter.

2.      All documents filed before June 12, 2015, in the Court's file in this action shall remain under seal and shall not be made public, except for the relator's complaint. For the sake of clarity, the following documents dated on or after June 12, 2015 are not under seal: the

Government's Complaint-In-Intervention, the Stipulation and Order of Settlement and Dismissal between the parties, and the Government's Notice of Election to Intervene.

SO ORDERED:

Dated: New York, New York
       June  15, 2015

*[signature: Loretta A. Preska]*
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

2